[No. 64848-9-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE LYLE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03101-7, Bruce E. Heller, J., entered January 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 64862-4-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD CRAIG COLLICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11571-9, Richard D. Eadie, J., entered February 1, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.